**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Case No.: 23 C 16608 |
| | ) | Judge Matthew Kennelly |
| R.P.E. TRUCKING, INC., a dissolved Illinois corporation | ) ) ) | Magistrate Judge Young Kim |
| Defendant. | ) ) | |

**AMENDED MOTION FOR JUDGMENT IN SUM CERTAIN**

NOW COME the Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF

NORTHERN ILLINOIS WELFARE AND PENSION FUND, by and through its attorney, JOHN

J. TOOMEY, ARNOLD AND KADJAN, LLP and pursuant to FRCP 55(b)(2) move for judgment

in sum certain as stated in this Motion and the supporting Affidavits attached hereto as Exhibits 1

and 2. In support of its Motion, Plaintiffs state as follows:

1.    Suit was filed on December 8, 2023 for collection of delinquent contributions  plus

attorneys' fees, costs and interest under 29 U.S.C. 1132(g)(2).

2.    Service was made upon R.P.E. TRUCKING, INC., a dissolved Illinois corporation

on December 12, 2023.

3.    Defendant is now in default on the Complaint and as supported by the attached

Affidavits (Exhibits 1 and 2) the sums due are:

| | |
|---|---|
| $37,788.15 | Welfare |
| $39,970.96 | Pension |
| $1,250.00 | Attorneys fees |
| $469.67 | Court costs |
| $79,478.78 | Total |

WHEREFORE, Plaintiffs pray for:

1.      Entry of judgment in a sum certain against Defendant, R.P.E. TRUCKING, INC., a

dissolved Illinois corporation, and in favor of Plaintiffs, TRUSTEES OF THE SUBURBAN

TEAMSTERS OF NORTHERN ILLINOIS PENSION AND WELFARE FUNDS in the amount

of $79,478.78  with no just reason for delay in enforcement under FRCP 54(b).

> TRUSTEES OF THE SUBURBAN TEAMSTERS
> OF NORTHERN ILLINOIS PENSION AND
> WELFARE FUNDS
>
> s/John J. Toomey
> ARNOLD AND KADJAN, LLP
> 35 E. Wacker Drive, Suite 600
> Chicago, IL 60601
> Telephone No.:  (312) 236-0415
> Facsimile No.:   (312) 341-0438
> Dated:  January 9, 2024